AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| 1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, et. al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-09616 |
| CITY OF NEW YORK, et. al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF NEW YORK, 100 Church Street, New York, NY 10007, ADOLFO CARRION, Jr. (Commissioner of the New York City Department of Housing Preservation and Development) 100 Church Street, New York, NY 10007, PRESTON NIBLACK (Commissioner of the New York City Department of Finance), 100 Church Street, New York, NY 10007, NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION, 150 Broadway, 2101, New York, NY 10038, BRONX PRO GROUP LLC, 1605 Dr. Martin Luther King Jr Blvd, Bronx, NY 10453

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessee Gribben, Esq.
Himmelstein McConnell Gribben & Joseph LLP
15 Maiden Lane, 17th Floor
New York, New York 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________

____________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-09616

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: