14.8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) HIMMELSTEIN MCCONNELL GRIBBEN & JOSEPH LLP
15 MAIDEN LANE NEW YORK, NY 10038 | PH: (212) 349-3000

Index Number: 1:23-CV-09616-JHR
Date Filed: 11/17/2023

**1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, ETAL**

Plaintiff

*vs*

**CITY OF NEW YORK, ETAL**

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

CHRISTOPHER J. KLEIN , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **12/7/2023**, at **4:32 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **Summons in a Civil Action and Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF FINANCE - ATTN: PRESTON NIBLACK - C/O CORP. COUNSEL , Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Ariton Marke is as follows:

**Sex**: Male **Color of skin**: White **Color of hair:** Brown **Age**: 38
**Height**: 5ft9in-6ft0in **Weight**: 161-200 Lbs. **Other** : Glasses

Sworn to before me on December 7, 2023

Samuel Miotok
Notary Public - State of New York
No. 01MI6317724
Qualified in Nassau County
My Commission Expires April 16, 2027

**Client's File No.:**

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2368850