UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, et al.,

Plaintiffs

v.

CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF APPEARANCE**

No. 1:23-cv-09616

To: The clerk of court and all parties of record

I, Andrea B. Feller, Assistant Corporation Counsel, am admitted to practice in this court, and I appear in the above-captioned action as counsel for Defendant the City of New York.

Dated: New York, New York
December 21, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of
the City of New York
Attorney for Defendant City of New York
100 Church Street
Room 3-250
New York, New York 10007
Tel: 212-356-2565
646-939-7281
AFeller@law.nyc.gov

By: S/Andrea B. Feller
Andrea B. Feller
Assistant Corporation Counsel

To: Jesse Gribben, Esq.
Himmelstein McConnell Gribben & Joseph LLP
15 Maiden Lane, 17th floor
New York, NY 10038