THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ANDREA B. FELLER**
Senior Counsel
Commercial and Real Estate Litigation
AFeller@law.nyc.gov
212-356-2565
212-356-2088 (fax)

December 22, 2023

**VIA ECF**
Hon. Jennifer Rearden
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*___
1:23-cv-09616 (JHR)

Dear Judge Rearden:

We represent defendant the City of New York ("City") in the above-captioned matter, in which a summons and complaint was served on the City on December 7, 2023. For the reasons set forth below, the City respectfully requests a two-month enlargement of time, from December 28, 2024 until February 29, 2024, to answer or otherwise respond to the complaint. This is the City's first request for an extension of time to respond to the complaint. Plaintiff's counsel has courteously consented to the City's request.

The City requests the additional time due to the press of other commitments and deadlines, as well as the length of the complaint and research necessary to provide a response.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Andrea B. Feller
*Assistant Corporation Counsel*

cc: Jesse Gribben, Esq. (*Via ECF*)