UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF APPEARANCE**

No. 23-CV-09616 (JHR)

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants.

To: The clerk of court and all parties of record

I, Daniel Crandall, Assistant Corporation Counsel, am admitted to practice in this court, and I appear in the above-captioned action as counsel for Defendants the City of New York, Adolfo Carrion Jr. in his official capacity as Commissioner of the New York City Department of Housing Preservation and Development, and Preston Niblack in his official capacity as the Commissioner of the New York City Department of Finance.

Dated: New York, New York
February 21, 2024

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of
the City of New York
*Attorney for Defendants the City of New York, Adolfo Carrion Jr. and Preston Niblack*
100 Church Street
Room 3-252
New York, New York 10007
Tel: 212-356-2364
dcrandal@law.nyc.gov

By: */s Daniel Crandall*
Daniel Crandall
Assistant Corporation Counsel