THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ANDREA B. FELLER**
Senior Counsel
Commercial and Real Estate Litigation
AFeller@law.nyc.gov
212-356-2565
212-356-2088 (fax)

February 21, 2023

**VIA ECF**
Hon. Jennifer Rearden
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*___
1:23-cv-09616 (JHR)

Dear Judge Rearden:

We represent defendant the City of New York ("City") in the above-captioned matter, in which a Summons and Complaint were served on the City on December 7, 2023. Previously, on December 22, 2023, the Court approved the City's first request for additional time to respond to the Complaint, to February 29, 2024. Plaintiffs had consented to our request. Plaintiffs' counsel has now courteously agreed to a further one-month extension to March 29, 2024.

The City respectfully requests this enlargement of time (from February 29 to March 29) to answer or otherwise respond to the Complaint due to medical issues affecting my family members, additional research and consideration of claims needed in this complex matter, and technical issues that resulted in some delay in our work. In addition, we have spoken with counsel for Plaintiffs concerning the merit of certain claims and whether the Complaint could be narrowed before we fully address it; counsel indicated they would follow up on these issues.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Andrea B. Feller

Andrea B. Feller
*Assistant Corporation Counsel*

cc: Jesse Gribben, Esq.
Serge Joseph
(*Via ECF*)