UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

1600 NELSON AVENUE HOUSING
DEVELOPMENT FUND CORPORATION, et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants..

------------------------------------------------------------- x

**NOTICE OF MOTION**

23 Civ. 09616 (JHR)

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrea B. Feller, dated March 29, 2024, the Exhibits annexed thereto, and the accompanying Memorandum of Law, dated March 29, 2024, defendants the City of New York, Adolpho Carrion, Jr, Commissioner of the New York City Department of Housing Preservation and Development, and Preston Niblack, Commissioner of the New York City Department of Finance (collectively "Municipal Defendants") hereby move for an order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing Plaintiffs' Complaint in its entirety with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
March 29, 2024

SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Municipal Defendants*
100 Church Street
New York, New York 10007
(212) 356-2565

By: /s/ Daniel Crandall
Andrea B. Feller
Michael Adler
Daniel Crandall
Assistant Corporation Counsel

To: Jesse Gribben, Esq.
**HIMMELSTEIN McCONNELL, GRIBBEN & JOSEPH LLP**
*Attorneys for Plaintiffs*
15 Maiden Lane—Suite 1700
New York, New York 10038
(212) 349-3000

Brian J. Markowitz
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants Neighborhood Restore Housing Development Fund Corporation and Bronx Pro Group, LLC*
1350 Broadway
New York, New York 10018
(212) 216-8029