UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants..

------------------------------------------------------------ x

**DECLARATION OF ANDREA B. FELLER IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

23 Civ. 09616 (JHR)

**ANDREA B. FELLER**, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. §1746, under penalty of perjury, that to my knowledge the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, attorney for defendants the City of New York, Adolpho Carrion, Jr, Commissioner of the New York City Department of Housing Preservation and Development, and Preston Niblack, Commissioner of the New York City Department of Finance (collectively "Municipal Defendants").

2. I submit this declaration in support of the Municipal Defendants' motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3. Annexed hereto as Exhibit A is a copy of the memorandum of law of the 1600 Nelson Avenue Housing Fund Development Corporation (the "1600 Nelson HDFC") in support of its motion to vacate the in rem judgment and reverse the transfer of the property located at

1600 Nelson Avenue, Bronx, New York ("1600 Nelson Property" or "Property") in *In Rem Foreclosure Action No. 52, Borough of Bronx* ("*Bronx 52*"), Index No. 40000/2015 (Barbato, J.).

4. Annexed hereto as Exhibit B is a copy of the Reply Affirmation of Serge Joseph in further support of 1600 Nelson HDFC's motion to vacate the in rem judgment against the Nelson Avenue Property in *Bronx 52* and reverse the transfer of the Property.

5. Annexed hereto as Exhibit C is a copy of the decision in *Bronx 52* denying the motion of the 1600 Nelson HDFC to vacate the in rem judgment against the 1600 Nelson Property and reverse the transfer of the Property.

6. Annexed hereto as Exhibit D is a copy of Christopher J. Allred, *Breaking the Cycle of Abandonment: Using a Tax Enforcement Tool to Return Distressed Properties to Sound Private Ownership*, PIONEER INSTITUTE 1-3 (2000).

7. Annexed hereto as Exhibit E is a copy of the transcript of Testimony of HPD Commissioner Louise Carroll to New York City Council Committees on Oversight and Investigations and Housing and Buildings, July 22, 2019.

8. Annexed collectively hereto as Exhibit F are seven unreported decisions from New York State Supreme Court.

9. Annexed hereto as Exhibit G is a copy of HPD's Request for Qualifications for Third Party Transfer Program.

10. Annexed hereto as Exhibit H is a copy of the Affirmation of Margaret DeVoe, Assistant Corporation Counsel, dated October 11, 2018, submitted in opposition to the motion of the 1600 Nelson HDFC to vacate *in rem* judgment and reverse the transfer of the 1600 Nelson Property in *Bronx 52*, referred to in the complaint at ¶ 102.

Dated: New York, New York
March 29, 2024

/s/ Andrea B. Feller
ANDREA B. FELLER