# EXHIBIT E

**Testimony of the New York City Department of Housing Preservation and Development to the New York City Council Committees on Oversight and Investigations and Housing and Buildings**

**July 22, 2019**

Good afternoon, Chair Cornegy, Chair Torres, and members of the Council's Committees on Oversight and Investigations and Housing and Buildings. My name is Louise Carroll, and I am the Commissioner of the New York City Department of Housing Preservation and Development (HPD). I am joined by our Deputy Commissioner for Asset and Property Management, Anne-Marie Hendrickson, our Associate Commissioner for Preservation Kim Darga, and Assistant Commissioner for Property Disposition and Finance, Lisa Talma. Thank you for the invitation to testify on the City's Third Party Transfer Program, also known as TPT.

The de Blasio Administration has spent five years marshalling resources to build and preserve affordable housing across the city, and increase enforcement and other protections to keep residents in their homes. We believe that anyone who wants to raise a family and work in the city should be able to live here. TPT plays a key role in this broader strategy by keeping people in their homes with rents affordable to them and improving conditions in tax delinquent properties at risk of unsafe conditions, eviction, or predatory loans.

**A Collaborative Effort to Protect Tenants and Increase Neighborhood Stability**

The Third Party Transfer program was enacted in 1996 by the City Council to collect municipal taxes and other charges, while providing a mechanism to address conditions in troubled residential properties with the goal of stabilizing their physical and financial health; and keeping them safe, habitable, and affordable for residents. As you may know, the City conducts a Tax Lien Sale each year, but by law, not all properties with arrears can be included. TPT has focused on collecting taxes and preserving residential properties that were either excluded from the Tax Lien Sale or those with signs of crisis. Eligible arrears to the City include outstanding residential and commercial property taxes with the Department of Finance (DOF), water and sewer charges to the Department of Environmental Protection (DEP), or outstanding bills to

HPD when our Emergency Repair Program, or other programs stepped in to address immediately hazardous conditions that put residents a risk.

While a primary goal of the TPT law is for owners to either pay their taxes in full or enter into a payment plan, and we were able to assist most of the properties in the most recent round of TPT to do just this, failure to do so ultimately results in foreclosure. The City has a fiscal responsibility to collect taxes, that support critical City services from all properties. In TPT, unlike traditional *in rem* foreclosure or foreclosures that can follow a lien sale, where residents can be displaced, properties are transferred to a third-party, mission-driven affordable housing developer and residents remain in their homes with affordability and rent stabilization protections. Rent stabilization is one of the strongest tools we have to protect tenants, ensuring that residents currently in the building have the option to remain for as long as they want, at rents that are affordable to them. And happily, such protections now stand to be more meaningful than they have been since the inception of the rent stabilization program given the incredible reforms from Albany last month that finally put the law on the side of tenants. The New York State Housing Stability and Tenant Protection Act of 2019 will close loopholes that allow high rent increases, end vacancy and luxury decontrol, end the vacancy bonus, and ensure that tenants won't have to fight for a place to live in another four years by making the law permanent. HPD has spent years fighting for those reforms, and we join New York City tenants and advocates in celebrating this historic legislation.

For decades, TPT has been viewed as a critical tool to stabilize properties, improve housing conditions, protect tenants, and ultimately return properties to the tax rolls. Since TPT's inception, more than 6,000 homes in approximately 520 buildings have been rehabilitated, resulting in improved housing quality and greater stability for roughly 15,000 residents. Today, I would like to clarify a few points to clear up misinformation and misperceptions about TPT that we've become aware of in recent months.

First is the issue of property selection. TPT does not target any specific neighborhood or community; it selects properties through a thoughtful process grounded in local law and focused on tax enforcement and rehabilitation for residential properties with municipal arrears. Knowing that HPD is mandated by law to include whole blocks, we look at blocks with single or multiple properties owing some of the highest amounts of money to the City or that were included in our special enforcement program for poor living conditions. Ultimately, HPD focused on multifamily buildings that would most benefit from City investment if they were unable or unwilling to address their arrears, in line with our wider goal of housing and neighborhood stabilization, and in fact, most of the buildings with lower amounts of tax arrears that were included in the in rem action paid their debt and got out of the round—some almost immediately.

On average, properties that were ultimately transferred had more than $800,000 in unpaid taxes and more than eight hazardous or immediately hazardous violations per unit. Many of these properties had additional indicators of physical issues. Five of the properties had been in HPD's Alternative Enforcement Program for extensive code violations and HPD-required work, and nine were in 7A Management requiring a Court-appointed administrator due to conditions that were dangerous to the residents' life, health, and safety. When the buildings transferred, and Neighborhood Restore was able to evaluate the full scope of conditions, they found a range of significant issues such as no heat and/or gas, compromised structures, illegal subdivision, and squatting.

Second is the issue of notice. Owners of properties receive semi-annual or quarterly statements from DOF regarding their property tax liens, as well as, at a minimum, annual statements and repeated robocalls from DEP. Information about property violations and outstanding emergency repair charges are always online. To enter TPT, owners must have outstanding tax arrears for a minimum period of three years, or, in the case of certain properties with four or more units, for one year. By the time the last TPT round began in 2015, owners already had at least one year of notices of outstanding liens and ample opportunity to resolve their outstanding bills. Upon the launch of Round 10, the City communicated with owners through a combination of mailings, calls, and flyering—in many cases reaching out approximately 70 times from the 2015-2018 three-year period. HPD invited owners to property owner clinics to explain in depth the many resources available, and offered eligible buildings the opportunity to apply for retroactive tax exemptions. We also worked closely with local Council Members on numerous occasions throughout the process, briefing them about properties facing foreclosure in their districts and encouraging them to assist in outreach to buildings to urge them to apply for tax exemptions and take other available steps to address arrears.

These efforts worked. A majority of the 420 properties included in the last TPT round successfully responded and were removed from the foreclosure action, resulting in the collection of approximately $40 million in outstanding arrears thus far. For the remaining properties that were unwilling or unable to do so, were not stayed from transfer by active litigation or bankruptcy proceedings prior to transfer, and were not removed from the round via local law, ownership was transferred to a non-profit intermediary, Neighborhood Restore. All transfers were reviewed by the City Council, which had the opportunity to disapprove. Ownership will ultimately pass to local community-based affordable housing developers, many of which are longstanding nonprofits committed to serving their residents, and were previously selected through a Request for Qualifications. No property was transferred without review of the existing arrears, unaddressed violations, and without giving individual Council Members an opportunity to weigh in.

Contrary to some news reports, none of the 62 properties that remain transferred were single-family homes. However, while many of the buildings in the recent TPT round were

rentals, often with negligent landlords, there were also numerous affordable housing cooperatives, called HDFC coops. The HDFC coops that transferred in the most recent round of TPT owed $30.4 million – more than half of the total funds owed across all the properties that transferred. HDFC coops are excluded from the Tax Lien Sale, leaving TPT the only tax enforcement mechanism for those in arrears.

While HDFC's are critical homeownership opportunities, many such buildings did not function as genuine coops, often leasing units to tenants without rent stabilization, regulated oversight of rent increases, or other protections. In twelve of the 25 HDFC coops that transferred, either all or most units were rental units. These residents deserve to live in quality housing as well. However, due to poor governance and neglect, many units remained vacant or in disrepair, and several coop buildings were party to ongoing housing court litigation for lack of heat, hot water, gas or other critical services. Significant municipal arrears or significant municipal arrears and rehabilitation needs left these HDFCs vulnerable to predatory lenders

This administration recognizes the importance of homeownership for the stability of families and neighborhoods and for the ability to grow equity that can be passed along to future generations. That is why, through Housing New York, we have financed almost 23,000 affordable homeownership opportunities. We have also created new programs like Landlord Ambassadors to offer technical assistance and emergency loans to small building owners and the Homeowner HelpDesk to assist with foreclosure prevention, guidance on scam avoidance, and advice on home repair and other programs like weatherization loans. And this summer we are launching HomeFix, a program to provide low-cost loans to struggling homeowners. These efforts are just a fraction of many, wide ranging opportunities that HPD provides to support ownership.

**Remaining Focused on Keeping Residents in their Homes in the Ever-growing New York City Real Estate Market**

All of the preceding notwithstanding, the city has changed dramatically since the program was created more than 20 years ago, and it's time for a fresh look. That is why we are now launching a working group in partnership with Council Member Cornegy that includes a wide range of stakeholders to recommend changes to address concerns and further refine the program.

We recognize that there have been concerns about the process, and are prepared to revisit the eligibility and selection criteria, the type and frequency of outreach, and the resources and support we offer owners. There is always room for improvement, and we are committed to making the process as transparent and effective as possible and doing all we can to help homeowners avoid the spiral of financial and physical problems that puts their properties at risk

in the first place. But ending TPT outright or allowing buildings with bad management to retain ownership would be a disservice to tenants left to suffer the consequences when building owners do not address their property's financial and physical issues, and undermine any owner's responsibility to pay their taxes. The best path forward for these properties is HPD intervention through TPT, which will ensure needed renovations are made for the safety of residents and that affordability is guaranteed through rent stabilization and other regulatory protections. We would be abdicating our responsibilities if we didn't intervene in buildings falling into financial and physical trouble.

Thank you again for the opportunity to discuss the importance of TPT. I look forward to answering any questions you may have at this time.