UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, individually and on behalf of those individuals and families entitled to homeownership and/or occupancy in its housing project developed pursuant to Article XI of the New York State Private Housing Finance Law; and each of ISABEL ADON, WALKIRIA COLON, RAFAEL COTTO, ERENIA FERMIN GUZMAN, LORANI GARCIA, JOSE GONZALEZ, JOSE JUNIOR GONZALEZ, MATILDE GONZALEZ, VIOLETA GUERRERO, KENIA MINIER, YADIRA POLANCO, GILBERTO RIVERA, DINORA VELASQUEZ and DORIS VELASQUEZ, individually and on behalf of all other similarly-situated persons,

Plaintiffs,

-against-

CITY OF NEW YORK, ADOLFO CARRION, Jr. (Commissioner of the New York City Department of Housing Preservation and Development), and PRESTON NIBLACK (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION, and BRONX PRO GROUP, LLC,

Defendants.

------------------------------------------------------------------ x

Case No. 1:23-CV-09616 (JHR)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the attached Affirmation of Brian J. Markowitz, Esq. dated March 29, 2024, and the Exhibits annexed thereto, and the accompanying Memorandum of law dated March 24, 204, and upon all prior papers and proceedings heretofore had herein, Defendants, Neighborhood Restore Housing Development Fund and Bronx Pro Group, LLC. will move this Court, before the Hon. Jennifer H. Rearden U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and at a time designated by the Court, for an Order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure

dismissing Plaintiffs' Complaint in its entirety with prejudice, and for such other and further relief as the Court deems just, proper and equitable.

Dated: New York, New York
March 24, 2024

**TARTER KRINSKY & DROGIN LLP**
Attorney for Neighborhood Restore Housing Development Fund Corp., and Bronx Pro Group, LLC

By: S/Brian J. Markowitz
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029