HIMMELSTEIN MCCONNELL
GRIBBEN & JOSEPH LLP

SAMUEL J. HIMMELSTEIN
WILLIAM J. GRIBBEN
SERGE JOSEPH
DAVID S. HERSHEY-WEBB
RONALD S. LANGUEDOC
JESSE D. GRIBBEN
CATHARINE A. GRAD

ATTORNEYS AT LAW
15 MAIDEN LANE, 17TH FLOOR
NEW YORK, NY 10038

TEL (212) 349-3000 · FAX (212) 587-0744
WWW.HMGJLAW.COM

MILAD MOMENI
DANIEL S. NAKOS
ASSOCIATES

KEVIN R. MCCONNELL
OF COUNSEL

Application GRANTED. Plaintiffs' deadline to file their opposition papers is extended, *nunc pro tunc*, to **May 14, 2024**. Defendants' deadline to file their respective replies is extended to **June 4, 2024**.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 24, 2024

April 10, 2024

VIA ECF
Hon. Jennifer Rearden
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*
1:23-cv-09616 (JHR)

Dear Judge Rearden:

We represent Plaintiffs in the above-referenced matter, in which Defendants have filed motions to dismiss the Complaint, Docket Nos. 16 and 19 respectively. For the reasons set forth below, Plaintiffs request a thirty day enlargement of time, from April 14, 2024 until May 14, 2024, to oppose the aforementioned motions. This is Plaintiff's first request for an extension of time to respond to the respective motions to dismiss. Defendants' counsel has graciously consented to Plaintiff's request. If the instant request is granted Defendants have asked to be given until June 4, 2024 to file reply.

Plaintiffs request the additional time due to other commitments and deadlines. In addition, the motions require extensive research necessary to provide a response. Thank you for your consideration of this matter. Respectfully submitted,

Sincerely
*Jesse Gribben*

Jesse Gribben