**HIMMELSTEIN McCONNELL GRIBBEN & JOSEPH LLP**

SAMUEL J. HIMMELSTEIN
WILLIAM J. GRIBBEN
SERGE JOSEPH
DAVID S. HERSHEY-WEBB
RONALD S. LANGUEDOC
JESSE D. GRIBBEN
CATHARINE A. GRAD

ATTORNEYS AT LAW
15 MAIDEN LANE, 17TH FLOOR
NEW YORK, NY 10038

TEL (212) 349-3000 · FAX (212) 587-0744
WWW.HMGJLAW.COM

MILAD MOMENI
DANIEL S. NAKOS
ASSOCIATES

KEVIN R. McCONNELL
OF COUNSEL

MEMO ENDORSED

May 13, 2024

VIA ECF
Hon. Laura Taylor Swain
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*
1:23-cv-09616 (LTW)

Dear Judge Swain:

We represent Plaintiffs in the above-referenced matter, in which Defendants have filed motions to dismiss the Complaint, Docket Nos. 16 and 19 respectively. For the reasons set forth below, Plaintiffs request an additional thirty day enlargement of time, from May 14, 2024 until June 14, 2024, to oppose the aforementioned motions. This is Plaintiff's second request for an extension of time to respond to the respective motions to dismiss. Defendants' counsel has graciously consented to Plaintiff's request. If the instant request is granted Defendants have asked to be given until July 5, 2024 to file reply.

Plaintiffs request the additional time due to other commitments, deadlines and personal, unexpected, family health issues impacting counsel for Plaintiffs which have arisen subsequent to the Court's first grant of an enlargement of time. Thank you for your consideration of this matter.

Respectfully submitted,

*Jesse Gribben*

Jesse Gribben

The foregoing request is granted. Plaintiffs' opposition papers to the pending motions to dismiss (docket entry nos. 16, 19) shall be due by June 14, 2024. Defendants' replies shall be due by July 5, 2024.
SO ORDERED.
May 13, 2024
/s/ Laura Taylor Swain