# HIMMELSTEIN McCONNELL GRIBBEN & JOSEPH LLP

SAMUEL J. HIMMELSTEIN
WILLIAM J. GRIBBEN
SERGE JOSEPH
DAVID S. HERSHEY-WEBB
RONALD S. LANGUEDOC
JESSE D. GRIBBEN
CATHARINE A. GRAD

ATTORNEYS AT LAW
15 MAIDEN LANE, 17TH FLOOR
NEW YORK, NY 10038

TEL (212) 349-3000 · FAX (212) 587-0744
WWW.HMGJLAW.COM

MILAD MOMENI
DANIEL S. NAKOS
ASSOCIATES

KEVIN R. McCONNELL
OF COUNSEL


June 12, 2024

VIA ECF
Hon. Laura Taylor Swain
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*
1:23-cv-09616 (LTW)

Dear Judge Swain:

We represent Plaintiffs in the above-referenced matter, in which Defendants have filed motions to dismiss the Complaint, Docket Nos. 16 and 19 respectively. For the reasons set forth below, Plaintiffs request an additional thirty day enlargement of time, from June 14, 2024 until July 15, 2024, to oppose the aforementioned motions. This is Plaintiff's third request for an extension of time to respond to the respective motions to dismiss. Defendants' counsel has graciously consented to Plaintiff's request. If the instant request is granted Defendants have asked to be given until August 30, 2024 to file reply.

Plaintiffs request the additional time is due to ongoing commitments and deadlines as well as an ongoing personal, unexpected, family health issue impacting counsel for Plaintiffs which have persisted subsequent to the Court's second grant of an enlargement of time. Thank you for your consideration of this matter.

Respectfully submitted,

*Jesse Gribben*

Jesse Gribben