**HIMMELSTEIN McCONNELL GRIBBEN & JOSEPH LLP**

SAMUEL J. HIMMELSTEIN
WILLIAM J. GRIBBEN
SERGE JOSEPH
DAVID S. HERSHEY-WEBB
RONALD S. LANGUEDOC
JESSE D. GRIBBEN
CATHARINE A. GRAD

ATTORNEYS AT LAW
15 MAIDEN LANE, 17TH FLOOR
NEW YORK, NY 10038

TEL (212) 349-3000 · FAX (212) 587-0744
WWW.HMGJLAW.COM

MILAD MOMENI
DANIEL S. NAKOS
ASSOCIATES

KEVIN R. McCONNELL
OF COUNSEL

July 15, 2024

VIA ECF
Hon. Laura Taylor Swain
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *1600 Nelson Avenue Housing Fund Development Corp v. City of New York*
1:23-cv-09616 (LTW)

Dear Judge Swain:

We represent Plaintiffs in the above-referenced matter, in which Defendants have filed motions to dismiss the Complaint, Docket Nos. 16 and 19 respectively. For the reasons set forth below, Plaintiffs request an additional, limited, enlargement of time, from July 15, 2024 to July 29, 2024 to oppose the aforementioned motions. This is Plaintiff's fourth request for an extension of time to respond to the respective motions to dismiss. Defendants' counsel has consented to Plaintiffs' prior extension requests and have consented to the instant request, however, solely to the extent of extending Plaintiffs' time to July 19, 2024.

Plaintiffs have decided to retain new counsel. Incoming counsel is familiar with the facts and law at issue in this matter. It is my understanding new counsel is in the process of being retained. While this firm has prepared its opposition to the pending motions to dismiss, considering the circumstances, namely that new counsel will be litigating this matter, we respectfully request a two week enlargement of time, until July 29, 2024, to allow incoming counsel to review and opine on Plaintiffs' opposition. Thank you for your consideration of this matter.

Respectfully submitted,

*Jesse Gribben*

Jesse Gribben