**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, individually and on behalf of those individuals and families entitled to homeownership and/or occupancy in its housing project developed pursuant to Article XI of the New York State Private Housing Finance Law; and each of ISABEL ADON, WALKIRIA COLON, RAFAEL COTTO, ERENIA FERMIN GUZMAN, LORANI GARCIA, JOSE GONZALEZ, JOSE JUNIOR GONZALEZ, MATILDE GONZALEZ, VIOLETA GUERRERO KENIA MINIER, YADIRA POLANCO, GILBERTO RIVERA, DINORA VELASQUEZ and DORIS VELASQUEZ, individually and on behalf of all other similarly-situated persons,

Plaintiffs,

v.

CITY OF NEW YORK, ADOLFO CARRION, Jr. (Commissioner of the New York City Department of Housing Preservation and Development), and PRESTON NIBLACK (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION, and BRONX PRO GROUP, LLC,

Defendants,

---

Civil Action No.
1:23-CV-09616-LTS

**DECLARATION OF JESSE GRIBBEN IN OPPOTION TO DEFNDANTS' MOTIONS TO DISMISS**

**JESSE GRIBBEN**, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under the penalty of perjury, that to my knowledge the following is true and correct:

1. I am a principal in the law firm of Himmelstein, McConnell, Gribben & Joseph LLP, attorneys for Plaintiffs 1600 Nelson Avenue Housing Development Fund Corporation, Isabel Adon, Walkiria Colon, Rafael Cotto, Erenia Fermin Guzman, Lorani Garcia, Jose

Gonzalez, Junior Gonzalez, Matilde Gonzalez, Violeta Guerrero, Kenia Minier, Vadira Polanco, Gilberto Rivera, Dinora Velasquez and Doris Velasquez ("Plaintiffs") in the above-captioned matter.

2. I submit this declaration in opposition to Defendants' motions to dismiss the Complaint.

3. For the reasons stated in the accompanying Memorandum of Law in Opposition, Defendants' motion should both be dismissed in their entirety.

4. Annexed hereto as Exhibit 1 is a copy of Decision of the NY Court of Appeals, dated September 15, 2022.

5. Annexed as Exhibit 2 is a copy of the Decision and Order of the NY Supreme Court entered on July 9, 2019; and the Decision and Order of the Appellate Division, First Department, as Exhibit 3.

6. Annexed as Exhibit 4 is a copy of Plaintiffs' Order to Show Cause to renew the July 9, 2019 Decision and Order of the NY Supreme Court, dated July 26, 2024, without the accompanying exhibits.

7. Annexed as Exhibit 5 is a copy of the Testimony of NYC HPD Commissioner Deborah C. Wright before the Housing & Buildings Committee of the New York City Council on March 22, 1996 submitted in support of the Third Party Transfer Program.

8. Annexed as Exhibit 6 is the Testimony Commissioner Lilliam Barrios-Paoli before the Housing & Buildings Committee of the New York City Council on April 22, 1996 submitted in support of the Third Party Transfer Program.

9. Annexed as Exhibit 7 are Notices of Petitions and Petitions in Housing Court Eviction Proceedings instituted by Defendant Neighborhood Restore against some of the named Plaintiffs herein.

Dated: New York, New York
July 29, 2024

/s/ Jesse Gribben

JESSE GRIBBEN