# EXHIBIT 1

# *State of New York*
## *Court of Appeals*

***Decided and Entered on the fifteenth day of September, 2022***

**Present,** Hon. Anthony Cannataro, *Acting Chief Judge, **presiding.***

---

Mo. No. 2022-486
In Rem Tax Foreclosure Action No. 52, &c.

City of New York,
Respondent,
v.
1600 Nelson Avenue Housing Development Corporation,
Appellant.
Neighborhood Restore Housing Development Fund Corporation,
Nonparty-Respondent.

---

Appellant having moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, that the motion is dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Lisa LeCours
Clerk of the Court