# EXHIBIT 5

**TESTIMONY OF COMMISSIONER DEBORAH C. WRIGHT**

**MARCH 22, 1996**

Good morning Chairman Spigner and members of the New York City Council Committee on Housing and Buildings. My name is Deborah Wright, Commissioner of the New York City Department of Housing Preservation and Development ("HPD"). I appreciate the opportunity to discuss with you today Intro No. 679, which was introduced by Councilmembers Spigner and Henry by request of Mayor Giuliani. This landmark legislation is part of a comprehensive reform of the City's tax collection procedures that will enable the City to improve tax collection and to more effectively address the risk of abandonment of New York City's housing stock.

***Need for Change***

As you know, the City's primary weapon to enforce tax collection has been the *in rem* process. This system has proven to be rigid, expensive and time-consuming. Even worse, the City's experience over the past 18 years proves that foreclosure and City ownership and management of buildings has not significantly improved much of this housing stock; rather, much of it has suffered further decay, the exact opposite effect of this policy's intent. And you know from our previous discussions that Arthur Andersen, in a *pro bono* study, concluded that the costs of maintaining, repairing and managing New York

City's current *in rem* stock will be $10.6 billion. The study shows that City ownership is anything but temporary: the period of *in rem* ownership averages 19 years and costs the City $2.2 million in acquisition, management and repair costs per building. In contrast, the taxes and other liens on these properties averaged $36,000 when the City took ownership. These costs are magnified by the hardships to tenants, the devastating impact on local real estate markets and on neighborhood quality of life. Perhaps the most regrettable aspect of this policy is that, even with such vast sums being spent by the City, the quality of life provided to our tenants is still sub-standard. Clearly, comprehensive and bold reform is required.

***Goals of Legislation***

The Giuliani Administration has spent many months analyzing ways to improve housing preservation efforts while ensuring swift tax collection. A critical part of the answer is identifying troubled buildings at an earlier stage, where intervention is more likely to be successful, and having the flexible tools necessary to prevent abandonment to the largest extent possible. In addition, certain enforcement provisions (which are beyond the scope of this bill) need to be strengthened.

In order to spend our extremely limited resources on housing preservation

**and community development, rather than property management and maintenance, legislative changes need to be made. Intro No. 679 is designed to provide flexibility, speed and cost-effectiveness as the City intervenes to prevent abandonment.**

**The bill's most critical changes are as follows:**

***First*, it would permit the Department of Finance to use tax class and geographical sections as a basis for selecting those parcels to be included in *in rem* foreclosure actions. This authority would provide the flexibility that is absolutely essential in targeting classes of property and/or geographic areas that have been identified by the City through its Early Warning System and others as requiring special assistance. HPD will work closely with DOF to identify properties that can benefit from a "workout" package of assistance more likely to lead to stabilization than tax foreclosure. This assistance may take the form of low-interest loans, technical assistance and mortgage debt restructuring to help responsible private owners make necessary repairs, maintain building services for tenants and restore buildings to long term financial viability.**

***Second*, it would permit the DOF Commissioner to transfer title to a tax foreclosed building either to the City or a third party designated by the Commissioner of HPD. Strict timeframes -- no more than eight months after**

an *in rem* judgment -- require swift and decisive action and resolution. This tough provision would be utilized where owners are irresponsible, tenants are being harassed and not provided with essential services, or where buildings are unlikely to become economically viable without complete tax and mortgage restructuring. New owners will be selected through competitive screening processes which would be open to for- and non-profit organizations. City ownership will be a last resort where other strategies have not worked or are unlikely to work. The policy of City management of distressed properties will end. Interim management of properties to be sold will be provided by private property managers.

*Finally*, a number of changes to current installment provisions have been proposed to balance tax enforcement objectives with the desire to provide a reasonable opportunity for owners to pay arrears and retain ownership. Current experience shows that approximately three out of every four agreements end in default. Intro No. 679 streamlines requirements, corrects some inequities among property types and provides incentives to enter into agreements earlier in the process and discharge all obligations. Such incentives include a lower interest rate on payment plans in exchange for larger downpayments.

***Challenges Being Met***

**A key element of the Giuliani Administration's new policies is the development and implementation of a comprehensive "Early Warning System" to identify buildings at risk of abandonment and tax foreclosure. We have been working in advance of the enactment of legislation to develop the elements of the Early Warning System.**

**When complete, the Early Warning System will include data from a wide variety of sources. Data that is currently maintained by HPD, the Department of Finance, the Department of Buildings, City Planning and other sources will be integrated to form a single, citywide database comprised of indications of distress. This will allow the City to develop profiles of privately owned residential buildings that are at risk of abandonment and tax-foreclosure, thereby assisting the City to target buildings for aggressive and appropriate remediation efforts at the earliest stage. Indicators will include significant property tax, water and sewer fee arrearages; high numbers of uncorrected Housing Maintenance Code violations; a history of tenant- or City- initiated litigation; and rent rolls that cannot support buildings' operating expenses and major repair needs.**

**We have already established a Problem Building Committee within HPD**

**to assess distressed buildings identified through the Emergency Repair Program (ERP). Buildings are being identified according to high ERP charges, frequency of ERP repairs, lack of owner response, and serious tax arrears. The Committee, which is composed of staff from HPD's Division of Preservation and Anti-Abandonment, Housing Litigation Bureau (HLB), Code Enforcement and the Division of Planning, now meets once a month to research, assess and refer buildings for appropriate treatment. It reviews any prior 7A history, pending HLB actions, ownership, mortgages, debt service and tax status. Buildings may be referred to HLB for comprehensive or 7A litigation; to the Neighborhood Preservation Offices or Neighborhood Preservation Consultants for follow-up; to our Small Property Owners Advocacy Unit for owner counseling; to Code Enforcement for inspection; or to our newly created Building Evaluation Unit for development of a disposition strategy.**

**You may be interested to learn that, thus far, 77 buildings have been evaluated by the Committee. Of these, 31 buildings are being evaluated for the 7A Program (18 have already entered); 14 are likely litigation candidates; and 14 have been referred to Neighborhood Preservation Consultants for the development of a locally based remediation strategy.**

**A cornerstone of our Early Warning System will be the newly reorganized**

**Neighborhood Preservation Consultant Program. As you know, this program was redesigned in Fiscal Year 1995 to promote greater involvement of qualified local housing organizations in the planning and delivery of the City's housing preservation initiatives. The program's goal is to upgrade and preserve the existing housing stock for families in areas most at risk of housing abandonment. Fifty-four community based groups were selected to provide a highly focused anti-abandonment effort, in addition to other housing services. Under the new program, not-for-profits are required to conduct a community needs assessment; develop and implement a community revitalization plan; and coordinate service delivery to tenants and owners in conjunction with HPD and others.**

**Our Small Property Owners Advocacy Unit is also playing an important role. SPOAU was launched to work on behalf of owners of small properties with 20 units or less to resolve their problems with HPD and, where possible, other City agencies. During Fiscal Year 1995, SPOAU fielded thousands of calls and letters from small property owners and worked on over 600 cases helping these owners with specific housing problems.**

**In the past several months HPD's Housing Litigation Bureau has been reorganized and has had some significant victories in its aggressive efforts to**

bring rogue landlords to justice, including sending six to jail for infractions including the failure to correct Housing Maintenance Code violations. This year we have initiated 2-1/2 times as many heat cases as this time last year. And over the past six months we have initiated 33 cases against landlords who have falsely certified that repairs have been made, and we expect to file another 25 in April.

In sum, HPD's Early Warning System will consist of hard data indicating distress as well as critically important "ground floor" data provided by community based organizations, elected officials and others. This comprehensive data will be used by HPD to make recommendations to DOF when determining whether tax foreclosure is the most appropriate enforcement strategy. If it is not, HPD will, in conjunction with its private sector partners, provide the financial and technical assistance required to stabilize at risk properties.

***Other Legislation***

In closing, preventing abandonment will also require strengthened enforcement of the City's Housing Maintenance Code. The Administration has submitted through Chairman Spigner Intro. 744 which would increase the penalty for falsely certifying the correction of violations by landlords from $250

to $1,000 for each violation. Permitting licensed architects and engineers to certify the correction of violations will also significantly increase owners' compliance with the Housing Maintenance Code. Lastly we are continuing to press the State Legislature to approve our Administrative Tribunal bill which establishes an alternative forum for the adjudication of Housing Code violations. Assembly bill 2028 passed the Assembly on March 20th and Senate bill 920 is presently pending in the Senate Housing Committee. We would appreciate your support in these efforts.

* * *

The Administration appreciates the City Council working with our various agencies to reform the tax collection and in rem policies. I urge your adoption of Intro 679 as the culmination of that two year process. Thank you for the opportunity to testify before you and I look forward to your questions.

r:comm/jan29.tst