# EXHIBIT 7

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 1A
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on **October 25, 2023,** 2:15 PM.

**You must attend this appearance virtually.**

**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/Ovygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 1A
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ____, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August 14, 2023, which prays for

a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August 14, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 1A
Bronx, New York 10453

---

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 1A in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be ín possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

Multiple Dwelling Registration No.:
209265

Registered Managing Agent and Business Address
Gjon Chota
Bronx Pro Group LLC
150 Broadway, #2101
New York, New York 10038

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August 14, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

FILED: BRONX CIVIL COURT - L&T 08/16/2023 09:55 AM INDEX NO. LT-333414-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/16/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---------------------------------------------------------------- X

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 1B
Bronx, New York 10453

---------------------------------------------------------------- X

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

You must attend this appearance virtually.

Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/Ovygem
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 707 022 221#
For instructions, go to https://nycourts.gov/appear

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 1B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14_, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

> **646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
> 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
> بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

> **Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.
>
> **After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

____________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 1B<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 1B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

Multiple Dwelling Registration No.:
209265

Registered Managing Agent and Business Address
Gjon Chota
Bronx Pro Group LLC
150 Broadway, #2101
New York, New York 10038

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 1B
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 1B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the _____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14_, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشان حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

____________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*_______
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/16/2023 09:57 AM INDEX NO. LT-333415-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/16/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---------------------------------------------------------------------- X

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2B
Bronx, New York 10453

---------------------------------------------------------------------- X

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

You must attend this appearance virtually.

Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/Orygcm
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 707 023 221#
For instructions, go to https://nycourts.gov/appear

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ____, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the _____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August __14_, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concemant les expulsions • বেদখলের তথ্য • 驱高租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasvon Konsènan Deqèpisman • información sobre desaloios

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2B
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 2B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2B
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ____, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August __14_, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---------------------------------------------------------------- X

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2D
Bronx, New York 10453

---------------------------------------------------------------- X

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

You must attend this appearance virtually.

Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/Ovygem
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 707 022 221#
For instructions, go to https://nycourts.gov/appear

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2D
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the _____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2D in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

> **646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
> 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
> بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

> **Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.
>
> **After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2D
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 2D in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

<u>Multiple Dwelling Registration No.:</u>
209265

<u>Registered Managing Agent and Business Address</u>
Gjon Chota
Bronx Pro Group LLC
150 Broadway, #2101
New York, New York 10038

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,<br><br>Petitioner,<br><br>- against -<br><br>"JOHN DOE" and "JANE DOE",<br><br>Respondent(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 2D<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2D
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the _____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2D in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بےدخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

____________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 3A
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

**You must attend this appearance virtually.**

**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/Ovygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

---

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3A
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3A in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 3A
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 3A in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---------------------------------------------------------------- X

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 3A
Bronx, New York 10453

---------------------------------------------------------------- X

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3A
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3A in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

____________________________

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5D
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

You must attend this appearance virtually.

Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/Ovygem
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 707 022 221#
For instructions, go to https://nycourts.gov/appear

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5D
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _141__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

FILED: BRONX CIVIL COURT - L&T 08/16/2023 10:08 AM INDEX NO. LT-333418-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/16/2023

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشان حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5D
Bronx, New York 10453

---

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 5D in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,

Petitioner,

- against -

"JOHN DOE" and "JANE DOE",

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5D
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5D
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ______________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _141__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasvon Konsènan Deqèpisman • información sobre desaloios

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*_______
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5E
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

**You must attend this appearance virtually.**

**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/Ovygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5E
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concemant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشان حالات الطرد
بے دخلیوں کی معلومات • Enfòmasvon Konsènan Deqèpisman • información sobre desaloios

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5E
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 5E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

<u>Multiple Dwelling Registration No.:</u>
209265

<u>Registered Managing Agent and Business Address</u>
Gjon Chota
Bronx Pro Group LLC
150 Broadway, #2101
New York, New York 10038

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 5E<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5E
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT**: **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5F
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

You must attend this appearance virtually.

Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/Ovygem
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 707 022 221#
For instructions, go to https://nycourts.gov/appear

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concemant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/15/2023 10:56 AM INDEX NO. LT-333420-23/BX [HO]
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 08/15/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5F
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 5F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 5F<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.

FILED: BRONX CIVIL COURT - L&T 08/16/2023 10:05 AM INDEX NO. LT-333421-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/16/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 4F
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

Notice is hereby given that your case is scheduled for a conference with the court on October 25, 2023, 3:00 PM

**You must attend this appearance virtually.**

**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7866**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the _____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 4F<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 4F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner and, continue to be in possession of the Premises without permission of Petitioner.

4. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

5. On or about April 12, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 26, 2023 to vacate the Premises.

6. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

7. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

8. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

9. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

10. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**"JOHN DOE" and "JANE DOE",**

Respondent(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 4F
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays

for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**DINORA VELAZQUEZ,**

Respondent,

**CONFESORA MERY GUERRERO, "JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**Subject Premises:**
1600 Nelson Avenue
Apartment 3E
Bronx, New York 10453

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

---

**Intake Part 1 on October 30, 2023 9:30 am.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3E
Bronx, New York 10453

**Intake Part 1 on October 30, 2023 9:30 am.**

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ___________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشان حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

______________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**DINORA VELAZQUEZ,**

Respondent,

**CONFESOR MERY GUERRERO, "JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 3E
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

---

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 3E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondent, **DINORA VELAZQUEZ**, is a natural person who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **CONFESORA MERY GUERRERO, "JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about May 1, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until May 19, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

Multiple Dwelling Registration No.:
209265

Registered Managing Agent and Business Address
Gjon Chota
Bronx Pro Group LLC
150 Broadway, #2101
New York, New York 10038

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _141_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: /s/Meghan Boland
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**DINORA VELAZQUEZ,**<br><br>Respondent,<br><br>**CONFESORA MERY GUERRERO, "JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 3E<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3E
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ___________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

| |
|---|
| **646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息<br>迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد<br>بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos |

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/21/2023 10:06 AM INDEX NO. LT-333657-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/21/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,

Petitioner,

- against -

JENNY RODRIGEUZ and RAFAEL COTTO,

Respondent,

"JOHN DOE" and "JANE DOE",

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**Subject Premises:**
1600 Nelson Avenue
Apartment 4E
Bronx, New York 10453

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

**Intake Part 1 on October 30, 2023 9:30 am.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4E
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

**Intake Part 1 on October 30, 2023 9:30 am.**

___, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the ___________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 4E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/16/2023 12:41 PM INDEX NO. LT-333657-23/BX [HO]
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 08/16/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**JENNY RODRIGUEZ and RAFAEL COTTO,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 4E
Bronx, New York 10453

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 4E in the building known as and located at 1600 Nelson Avenue, Bronx,**

**New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **JENNY RODRIGUEZ and RAFAEL COTTO**, are natural persons who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about May 2, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until May 19, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of

eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE,** Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and

disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*_____
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**JENNY RODRIGEUZ and RAFAEL COTTO,**<br><br>Respondent,<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 4E<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4E
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 4E in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

_______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/21/2023 10:10 AM INDEX NO. LT-333658-23/BX [HO]
NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 08/21/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---------------------------------------------------------------- X

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**JOSE GONZALES,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5C
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

---------------------------------------------------------------- X

**Intake Part 1 on October 30, 2023 9:30 am.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5C
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse,

**Intake Part 1 on October 30, 2023 9:30 am.**

Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 5C in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home

listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/16/2023 12:44 PM INDEX NO. LT-333658-23/BX [HO]
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 08/16/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

---

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**JOSE GONZALES,**<br><br>Respondent,<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 5C<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as

follows: **Apartment 5C in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondent, **JOSE GONZALES**, is a natural person who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant

of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE,** Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and

disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: /s/Meghan Boland
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**JOSE GONZALES,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 5C
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 5C
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse,

Part ___, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 5C in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home

listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August __14_, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**KENYA MINIER,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**Subject Premises:**
1600 Nelson Avenue
Apartment 3F
Bronx, New York 10453

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

---

**Intake Part 1 on October 30, 2023 9:30 am.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

**Intake Part 1 on October 30, 2023 9:30 am.**

___, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*_______
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 08/16/2023 12:46 PM INDEX NO. LT-333659-23/BX [HO]
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 08/16/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**KENYA MINIER,**<br><br>Respondent,<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 3F<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx,**

**New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondent, **KENYA MINIER**, is a natural person who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**KENYA MINIER,**<br><br>Respondent,<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 3F<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 3F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

___, County of Bronx, City and State of New York, on ________________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 3F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بےدخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**VIOLETA GUERRERO,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2F
Bronx, New York 10453

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

**Intake Part 1 on October 30, 2023 10:30 am.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

**Intake Part 1 on October 30, 2023 10:30 am.**

___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concemant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By: */s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 10/20/2023 04:10 PM INDEX NO. LT-333660-23/BX [HO]
NYSCEF DOC. NO. 9 RECEIVED NYSCEF: 10/20/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BONX: HOUSING PART

---------------------------------------------------------------X

NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORP.

Petitioner,

-against-

VIOLETA GUERRERO
"JOHN DOE" and "JANE DOE",

Respondents.

---------------------------------------------------------------X

INDEX NUMBER:
LT-333660-23/BX

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that without waiving any defenses, including personal and subject matter jurisdiction, Respondents Violeta Guerrero and Ondina Guerrero improperly sued herein as "Jane Doe" hereby appear in the above-captioned action by their attorneys at Himmelstein, McConnell, Gribben & Joseph LLP, with offices located at 15 Maiden Lane, 17th Floor, New York, New York 10038, and demand that you serve all further notices and papers in this matter upon them.

Dated: New York, New York
October 20, 2023

**HIMMELSTEIN, MCCONNELL, GRIBBEN & JOSEPH LLP**

*Serge Joseph*

Serge Joseph, Esq
Attorneys for Respondents Violeta Guerrero and Ondina Guerrero
15 Maiden Lane, 17th Floor
New York, New York 10038
(212) 349-3000
sjoseph@hmgdjlaw.com

TO: **GOLDSTEIN HALL PLLC**
Attention: Meghan Boland, Esq
80 Broad Street, Suite 303
New York, New York 10004

(646) 768-4105

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**VIOLETA GUERRERO,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 2F
Bronx, New York 10453

---

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as follows: **Apartment 2F in the building known as and located at 1600 Nelson Avenue, Bronx,**

**New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondent, **VIOLETA GUERRERO**, is a natural person who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant of

eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and

disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August _14_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioners*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

| | |
|---|---|
| **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**<br><br>Petitioner,<br><br>- against -<br><br>**VIOLETA GUERRERO,**<br><br>Respondent,<br><br>**"JOHN DOE" and "JANE DOE",**<br><br>Respondent(s)-Under-Tenant(s).<br><br>Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.<br><br>**Subject Premises:**<br>1600 Nelson Avenue<br>Apartment 2F<br>Bronx, New York 10453 | **L&T Index No.:**<br><br>**NOTICE OF PETITION**<br><br>**Petitioner's Business Address:**<br>150 Broadway, #2101<br>New York, New York 10038 |

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 2F
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse, Part

___, County of Bronx, City and State of New York, on _______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated August _14__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 2F in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home listed above,

you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
August _14__, 2023

ALIA RAZZAQ

______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**GLORIA FLORES,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

**Subject Premises:**
1600 Nelson Avenue
Apartment 4B
Bronx, New York 10453

**You must attend this appearance virtually.**
**Virtually attend by: Microsoft Teams meeting**
**Link: https://notify.nycourts.gov/meet/0vygem**
**Conference Call #: (347) 378-4143**
**Toll-free #: (833) 262-7886**
**Conference ID: 707 022 221#**
**For instructions, go to https://nycourts.gov/appear**

**Intake Part 1 on January 23, 2024 3:00 pm.**

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse,

**Intake Part 1 on January 23, 2024 3:00 pm.**

Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated October_30__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 4B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home

listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息
迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
October __30_, 2023

ALIA RAZZAQ

Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**

FILED: BRONX CIVIL COURT - L&T 10/30/2023 05:06 PM INDEX NO. LT-343960-23/BX [HO]
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 10/30/2023

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**GLORIA FLORES,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 4B
Bronx, New York 10453

---

**L&T Index No.:**

**PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

The Petition of Neighborhood Restore Housing Development Fund Corporation ("Petitioner") respectfully alleges, upon information and belief, by its undersigned attorneys, **GOLDSTEIN HALL PLLC**, as follows:

1. Petitioner is the landlord of the Subject Premises more fully described below.

2. Petitioner is a domestic housing development fund corporation organized and operated in the State of New York. The premises sought to be recovered are described as

follows: **Apartment 4B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453**, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Bronx (the "Subject Premises").

3. Respondents, **GLORIA FLORES**, is a natural person who upon information and belief, continues to be in possession of the Premises without permission of the Petitioner.

4. Respondents, **"JOHN DOE"** and **"JANE DOE,"** are occupants of the Subject Premises whose first and last name are fictitious, and their actual identities are unknown to Petitioner.

5. Petitioner seeks, *inter alia*, to recover possession of the Premises by and through a judgment of eviction removing Respondents from possession of the Premises. The grounds under which Petitioner seeks possession are fully described in the annexed ten (10) day notice to quit (the "Notice"), which is fully incorporated herein along with the affidavit of service, and made a part hereof as **Exhibit A**.

6. On or about April 10, 2023, Petitioner caused to be served upon Respondents, in the manner prescribed by law, the Notice, notifying Respondents that they had until April 28, 2023 to vacate the Premises.

7. Respondents have failed to vacate the Premises, as required pursuant to the Notice, and continue to occupy and be in possession of the Subject Premises without permission of the Petitioner.

8. By virtue of the foregoing, Respondents' occupancy of the Premises is illegal, and Petitioner is entitled to a final judgment of possession of the Premises, together with a money judgment for outstanding use and occupancy due and owing, the issuance of a warrant

of eviction, and any further relief as this Court deems just and proper including but not limited to costs, disbursements, and legal fees.

9. The Subject Premises is subject to the Rent Stabilization Law of 1969, as amended, and the Subject Premises is registered with the New York State Division of Housing and Community Renewal, "DHCR," and the owner is in compliance with the Rent Stabilization Law and Code.

10. The Premises are a multiple dwelling and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

| Multiple Dwelling Registration No.: | Registered Managing Agent and Business Address |
|---|---|
| 209265 | Gjon Chota<br>Bronx Pro Group LLC<br>150 Broadway, #2101<br>New York, New York 10038 |

11. Petitioners lack written information or notice of any other address where the Respondents reside, are employed, have a place of business in New York State other than the Premises sought to be recovered.

**WHEREFORE**, Petitioners respectfully request a final judgment awarding to Petitioners: possession of the Premises; a warrant to remove Respondents from possession of the Premises; fair use and occupancy of the Premises; Petitioner's attorneys' fees, costs and

disbursements of this proceeding, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
October _30_, 2023

**GOLDSTEIN HALL PLLC**
*Attorneys for Petitioner*

By: */s/Meghan Boland*
Meghan Boland Esq.
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4119
mboland@goldsteinhall.com

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX, HOUSING PART**

---

**NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION,**

Petitioner,

- against -

**GLORIA FLORES,**

Respondent,

**"JOHN DOE" and "JANE DOE",**

Respondent(s)-Under-Tenant(s).

Names of Respondents, "JOHN DOE" and "JANE DOE" are fictitious and unknown to Petitioner. The person(s) intended being those in possession of the premises herein described.

**Subject Premises:**
1600 Nelson Avenue
Apartment 4B
Bronx, New York 10453

---

**L&T Index No.:**

**NOTICE OF PETITION**

**Petitioner's Business Address:**
150 Broadway, #2101
New York, New York 10038

To the Respondents above-named and described in possession of the Premises hereinafter described:

PLEASE TAKE NOTICE, that your landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached Petition.

**PLEASE TAKE FURTHER NOTICE** that your landlord is seeking to evict you from your home at:

1600 Nelson Avenue, Apartment 4B
Bronx, New York 10453

**PLEASE TAKE FURTHER NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Bronx, at 1118 Grand Concourse,

Part ___, County of Bronx, City and State of New York, on ______________, 2023 at ____ o'clock in the ____________ of that day, on the annexed Petition of NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION dated October_30__, 2023, which prays for a final judgment of eviction awarding to the Petitioner possession of premises designated and described as follows: **Apartment 4B in the building known as and located at 1600 Nelson Avenue, Bronx, New York 10453** and further granting to Petitioner such other and further relief as is demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

***Important!*** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

**PLEASE TAKE FURTHER NOTICE** that a demand is made in the Petition for judgment against you, the Respondents, together with costs, disbursements and legal fees of this proceeding, with interest thereon from the date said sum or part thereof became due.

**PLEASE TAKE FURTHER NOTICE** that your Answer may be made at the time of hearing specified above. Your answer may set forth any defense or counterclaim against Petitioner unless such defense or counterclaim is precluded by law or prior agreement between the parties. In addition thereto, you must appear before the Court at the time and place hereinabove set forth for the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense or counterclaim that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**PLEASE TAKE FURTHER NOTICE** that under Paragraph 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 60 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**PLEASE TAKE FURTHER NOTICE** that your failure to appear and answer may result in a final judgment of eviction by default for the Petitioner being entered against you for the relief demanded in the Petition. If your name is not on this Notice but you live in the home

listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

Available Resources:

- **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

- **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

Dated: New York, New York
October __30_, 2023

ALIA RAZZAQ

_______________________________
Clerk of the Civil Court
of the City of New York

**Goldstein Hall PLLC**
*Attorney(s) for Petitioner*

By:*/s/ Meghan Boland*________
Meghan Boland
80 Broad Street, Suite 303
New York, New York 10004
(646) 768-4105

**IMPORTANT:** **IF YOU ARE IN ACTIVE MILITARY SERVICE OR DEPENDENT UPON A PERSON IN THE MILITARY SERVICE OF THE UNITED STATES, ADVISE THE CLERK IMMEDIATELY IN ORDER TO PROTECT YOUR RIGHTS.**