**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, individually and on behalf of those individuals and families entitled to homeownership and/or occupancy in its housing project developed pursuant to Article XI of the New York State Private Housing Finance Law; and each of ISABEL ADON, WALKIRIA COLON, RAFAEL COTTO, ERENIA FERMIN GUZMAN, LORANI GARCIA, JOSE GONZALEZ, JOSE JUNIOR GONZALEZ, MATILDE GONZALEZ, VIOLETA GUERRERO, KENIA MINIER, YADIRA POLANCO, GILBERTO RIVERA, DINORA VELASQUEZ and DORIS VELASQUEZ, individually and on behalf of all other similarly-situated persons,

Plaintiffs,

-against-

CITY OF NEW YORK, ADOLFO CARRION, Jr. (Commissioner of the New York City Department of Housing Preservation and Development), and PRESTON NIBLACK (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION, and BRONX PRO GROUP, LLC,

Defendants.

---------------------------------------------------------------- x

Case No. 1:23-CV-09616-LTS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants Neighborhood Restore Housing Development Fund Corporation and Bronx Pro Group LLC, in the above-referenced action and respectfully requests that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated: New York, New York
November 22, 2024

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

*s/ Katherine Greer Kuras*
Katherine Greer Kuras
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8079
Email: gkuras@tarterkrinsky.com