AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| 1600 Nelson Ave Hsg Dev Fund Corp, et al.<br>*Plaintiff*<br>v.<br>City of New York, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:23-cv-09616 (LTS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants City, Carrion, and Niblack .

Date: 12/18/2024


Michael S. Adler
*Attorney's signature*

Michael S. Adler
*Printed name and bar number*

NYC Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Address*

madler@law.nyc.gov
*E-mail address*

(212) 356-2578
*Telephone number*

(212) 356-2088
*FAX number*