**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISABEL ADON, et al.,

                Plaintiffs,

-against-                         23 **CIVIL** 9616 (LTS)

**<u>JUDGMENT</u>**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2025, Defendants' motions to dismiss are granted. Counts XIV and XV are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing and jurisdiction, respectively. Counts I-V are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) as untimely. The Court has declined to exercise jurisdiction of Counts VIXIII, pursuant to 28 U.S.C. section 1367(c). All claims against all parties having been resolved; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2025

                                                            **TAMMI M HELLWIG**

                                                               **Clerk of Court**

                       **BY:**              *K. Mango*

                                                                 **Deputy Clerk**