UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1600 NELSON AVENUE HOUSING DEVELOPMENT FUND CORPORATION, ISABEL ADON, WALKIRIA COLON, RAFAEL COTTO, GLORIA FLORES, ERENIA FERMIN GUZMAN, LORANI GARCIA JOSE GONZALEZ, JOSE JUNIOR GONZALEZ, MATILDE GONZALEZ, VIOLETA GUERRERO KENIA MINIER, YADIRA POLANCO, GILBERTO RIVERA, DINORA VELASQUEZ and DORIS VELASQUEZ,

Plaintiffs,

v.

CITY OF NEW YORK, ADOLFO CARRION, Jr. (Commissioner of the New York City Department of Housing Preservation and Development), and PRESTON NIBLACK (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION, and BRONX PRO GROUP, LLC,

Defendants.

Case Number 1:23-cv-09616-LTS

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit the Memorandum Opinion and Order, entered March 31, 2025, dismissing Plaintiffs' Complaint in its entirety.

Dated: April 29, 2025
New York, New York

*Jesse Gribben*

Jesse Gribben, Esq.
Himmelstein McConnell Gribben & Joseph LLP
*Attorneys for Plaintiffs*
15 Maiden Lane, 17th Floor
New York, NY 10038
212-349-3000
jgribben@hmgjlaw.com